NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RASHAD DOMINIC BATTLES,　　　　　）
DOC #H50723,　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　Appellant,　　　　　　　）
　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　）　　　Case No.　2D18-2788
　　　　　　　　　　　　　　　　　　）
STATE OF FLORIDA,　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　Appellee.　　　　　　　　）
_____）

Opinion filed May 8, 2019.

Appeal from the Circuit Court for Polk
County; William D. Sites, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

　　　　　Affirmed.



NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.